IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Sentius International, LLC, | § | |
| | § | Civil Action No. 2:16-cv-773-JRG-RSP |
| v. | § | LEAD CASE |
| | § | |
| Blackberry Limited et al, | § | |
| | § | |
| International Business Machines Corp., | § | 2:16-cv-00942-JRG-RSP |

**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**

Before the Court is the parties' Joint Motion to Dismiss with Prejudice. After consideration of same, the Court finds that said motion should be GRANTED.

IT IS THEREFORE ORDERED that all claims in this action brought by Sentius International, LLC against International Business Machines Corporation shall hereby be dismissed with prejudice with each party to bear their own costs and attorneys' fees.

**SIGNED this 5th day of November, 2016.**

*[signature: Roy S. Payne]*
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

3